862

No. 98–9951.  Stephen *v.* United States.  C. A. 4th Cir. Certiorari denied.

No. 98–9952.  Schiappa *v.* Connecticut.  Sup. Ct. Conn. Certiorari denied.

No. 98–9953.  Ochoa *v.* California.  Sup. Ct. Cal.  Certiorari denied.

No. 98–9955.  Booker *v.* Oklahoma.  Ct. Crim. App. Okla. Certiorari denied.

No. 98–9956.  Span *v.* United States.  C. A. 7th Cir.  Certiorari denied.

No. 98–9957.  Prevost *v.* Cain, Warden.  C. A. 5th Cir. Certiorari denied.

No. 98–9958.  Profit *v.* Minnesota.  Sup. Ct. Minn.  Certiorari denied.

No. 98–9959.  Gulley *v.* Circuit Court for Milwaukee County.  Ct. App. Wis.  Certiorari denied.

No. 98–9960.  Chappell *v.* Easley, Attorney General of North Carolina, et al.  C. A. 4th Cir.  Certiorari denied.

No. 98–9961.  Blackburn *v.* New Mexico Department of Corrections et al.  C. A. 10th Cir.  Certiorari denied.

No. 98–9962.  Baca *v.* Cambra, Warden, et al.  C. A. 9th Cir.  Certiorari denied.

No. 98–9963.  Arroyo *v.* Johnson, Director, Texas Department of Criminal Justice, Institutional Division.  C. A. 5th Cir.  Certiorari denied.

No. 98–9964.  Mathis *v.* Ratelle, Warden, et al.  C. A. 9th Cir.  Certiorari denied.

No. 98–9966.  Montefusco *v.* United States.  C. A. 2d Cir. Certiorari denied.

No. 98–9967.  Clark *v.* Booker, Superintendent, Mississippi State Penitentiary.  C. A. 5th Cir.  Certiorari denied.